IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-cv-00358-FDW-DSC

| | |
|---|---|
| NATIONAL PRACTICE TRANSITIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMANDA THOMPSON, <br><br> Defendant. | **CONSENT ORDER STAYING ACTION AND COMPELLING ARBITRATION** |

**THIS MATTER** comes before the Court on the Motion to Stay and Compel Arbitration filed on August 21, 2019 by Defendant Amanda Thompson ("Defendant"). [DE # 9]. On August 28, 2019, Plaintiff National Practice Transitions, LLC ("Plaintiff") filed its Consent to Entry of Order Staying this Action and Compelling Binding Arbitration. [DE # 12]. It appearing to the Court that the parties entered into a Modified Representative Agreement containing a binding arbitration clause, and with the consent of the parties, the Court concludes that Defendant is entitled to an order compelling the parties to arbitrate the issues in this case pursuant to 9 U.S.C. § 3.

**IT IS THEREFORE ORDERED** that Defendant's Motion is GRANTED and (a) the parties are hereby ordered and compelled to arbitrate all of the issues in this action and (b) this action is stayed in its entirety pending the conclusion of arbitration.

**SO ORDERED.**

Signed: September 9, 2019

_____
David S. Cayer
United States Magistrate Judge

1

**Consented to by:**

| | |
|---|---|
| **JAMES, McELROY & DIEHL, P.A.** | **WAGNER HICKS PLLC** |
| /s/ Jennifer M. Houti <br> Adam L. Ross <br> Jennifer M. Houti <br> 525 N. Tryon Street, Suite 700 <br> Charlotte, North Carolina 28202 <br> Telephone: (704) 372-9870 <br> Facsimile: (704) 333-5508 <br> Email: aross@jmdlaw.com <br>           jhouti@jmdlaw.com <br> *Attorneys for Defendant* | /s/ Sean C. Wagner <br> Sean C. Wagner <br> 831 E. Morehead Street, Suite 650 <br> Charlotte, NC 28202 <br> Telephone: (704) 705-7358 <br> Email: sean.wagner@wagnerhicks.law <br> *Attorneys for Plaintiff* |