UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00358-FDW

| | |
|---|---|
| NATIONAL PRACTICE TRANSITIONS, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )     ORDER<br>) |
| AMANDA THOMPSON f/k/a AMANDA CHRISTY, | )<br>)<br>) |
| Defendant. | )<br>) |

THIS MATTER is before the Court *sua sponte* concerning the status of this case. Plaintiff initiated suit by filing a Complaint (Doc. No. 1) in this court on July 24, 2019, and a Motion for a Preliminary Injunction (Doc. No. 2) the same day. Although no temporary restraining order was sought, Plaintiff subsequently filed a motion seeking to expedite hearing on the preliminary injunction motion (Doc. No. 6) on August 19, 2019, which the Court denied that same day. Two days later, on August 21, 2019, Defendant filed a Motion to Stay and Compel Arbitration (Doc. No. 9), and within a week, Plaintiff responded *consenting* to arbitration (Doc. No. 12). The Magistrate Judge in this matter subsequently ordered the case proceed to arbitration. (Doc. No. 13).

IT IS THEREFORE ORDERD that Plaintiff's pending Motion for Preliminary Injunction (Doc. No. 2) is DENIED AS MOOT while this case proceeds in arbitration. This ruling is not a decision on the merits and is without any prejudice to be refiled in the appropriate forum at the appropriate time.

IT IS FURTHER ORDERED that the parties shall keep the Court apprised of the arbitration proceedings through the filing of jointly-prepared status reports every ninety (90) days from the date of this Order.

IT IS SO ORDERED.

Signed: October 29, 2019

Frank D. Whitney
Chief United States District Judge